**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MUHAMMAD KHALID KAHN,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:23-cv-00122** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **WARDEN OF FCI-ALLENWOOD** | : | |
| **LOW,** | : | |
| **Respondent** | : | |

**<u>ORDER</u>**

**AND NOW**, on this 14th day of July 2023, upon consideration of <u>pro se</u> Petitioner

Muhammad Khalid Kahn ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to

the provisions of 28 U.S.C. § 2241 (Doc. No. 1) and supporting memorandum of law (Doc. No.

2), and the Court finding that it cannot resolve the petition based upon the record before it, as is

more fully set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1.  Within **<u>twenty-one (21) days</u>** of the date of this Order, Respondent shall
    supplement the record by providing (a) the phone call transcript, (b) Petitioner's
    approved contact list, and (c) the DHO hearing transcript, provided that one
    exists.  Respondent is permitted to file these documents under seal based upon the
    asserted concern that these documents contain information that could "jeopardize
    prison security" (Doc. No. 8 at 8 n.1);

2.  Within **<u>twenty-one (21) days</u>** of the date of this Order, Respondent shall file
    supplemental briefing addressing the following issues: (a) whether Petitioner
    requested the DHO for access to the phone call transcript or recorded
    conversation and, if so, why the DHO denied Petitioner such access; and (b)
    whether the DHO actually reviewed the phone call transcript or recorded
    conversation; and

3.      Any response to such additional evidence and briefing shall be filed by Petitioner within **twenty-one (21) days** of the date of Respondent's filings.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania