IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUHAMMAD KHALID KHAN,**     : | |
|    Petitioner                                   : | |
|                                                          : | No. 1:23-cv-00122 |
|    v.                                                  : | |
|                                                          : | (Judge Kane) |
| **WARDEN OF FCI-ALLENWOOD**  : | |
| **LOW,**                                            : | |
|    Respondent                              : | |

### ORDER

**AND NOW**, on this 20th day of October 2023, upon consideration of Petitioner Muhammad Khalid Khan ("Petitioner")'s petition filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition (Doc. No. 1) is **DISMISSED as moot**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                                                    s/ Yvette Kane
                                                                                 Yvette Kane, District Judge
                                                                                  United States District Court
                                                                                  Middle District of Pennsylvania